UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-        :          21-CR-96 (VSB)

ALEXIS COLON,         :         **ORDER**

               Defendant.  :

--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of Defendant Alexis Colon's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2).  (Doc. 42.)  The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction.  (Sealed Doc. 45.)

     In light of Defendant's release from federal custody, his motion for a sentence reduction is DENIED as moot.  *See* Federal Bureau of Prisons, *Find an Inmate*, Search of Reg. No. 26361-509, https://www.bop.gov/inmateloc/ (last visited Apr. 18, 2025) (stating that Mr. Colon is "not in BOP custody as of 12/06/2024").  The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 42.

SO ORDERED.

Dated:  April 18, 2025
     New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge